UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) Criminal Action No. 6:17-CR-070-CHB-08 |
| v. | ) ) **ORDER ADOPTING** |
| JASON R. TAYLOR, | ) **RECOMMENDATION OF** ) **ACCEPTANCE OF GUILTY PLEA** |
| Defendant. | ) ) |

*** *** *** ***

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram [R. 345]. At this hearing Defendant Taylor personally consented to plead before the United States Magistrate Judge and to the Magistrate Judge conducting a Rule 11 hearing and making a recommendation concerning plea acceptance. Defendant Taylor advised the Court of his desire to enter a plea of guilty to Count 1 of the Superseding Indictment pursuant to a Fed. R. Crim. P. 11(c) plea agreement. *See* [R. 342] Magistrate Judge Ingram found that the Defendant pled guilty in a knowing, voluntary, and intelligent fashion. [R. 345 at p. 1] He recommended that the Court accept Defendant Taylor's guilty plea and adjudge him guilty of Count 1 of the Superseding Indictment. *Id.* at p. 2.

The Recommendation instructed the parties to file any specific written objections within three (3) days, or else waive the right to further review. *See id.* at p. 3. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Jason R. Taylor knowingly and competently pled guilty to Count 1 of the Superseding Indictment and that an adequate factual

basis supports the plea as to each essential element of the offenses charged.  Finally, the Court notes that, although Defendant Taylor was previously released on bond, upon the Court's acceptance of the guilty plea the Defendant is now subject to mandatory detention pursuant to 18 U.S.C. 3143(a)(2), and will therefore require the Defendant to self-report to the United States Marshals Office.  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [**R. 345**] is **ADOPTED** as and for the Opinion of this Court;

2. Defendant Jason R. Taylor is **ADJUDGED** guilty of Count 1 of the Superseding Indictment;

3. The Defendant's Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket, as to this defendant only; and

4. Defendant Jason R. Taylor **SHALL** self-report on or before **12:00 p.m. noon on Friday, September 13, 2019,** to the United States Marshals Office in **London**, Kentucky.

5. A Sentencing Order shall be entered promptly.

This the 12th day of September, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY